RE: Case No. 25-0725               DATE: 8/22/2025
COA #: 15-24-00105-CV              TC#: 2023CI26760
STYLE: WILLIAMS v. MMP PROP. LLC

Today the Supreme Court of Texas received and filed a motion for extension of time to file petition for review pursuant to Rule 53.7(f) in the above numbered and styled case.

MR. JOSHUA  LONGI
ASSISTANT ATTORNEY GENERAL
TRANSPORTATION DIVISION
PO BOX 12548
AUSTIN, TX  78711-2548
* DELIVERED VIA E-MAIL *

FILE COPY

RE: Case No. 25-0725                     DATE: 8/22/2025
COA #: 15-24-00105-CV                    TC#: 2023CI26760
STYLE: WILLIAMS v. MMP PROP. LLC

 Today the Supreme Court of Texas received and filed a motion for extension of time to file petition for review pursuant to Rule 53.7(f) in the above numbered and styled case.


    ADAM  SCHMIT MR.
    MARRS ELLIS & HODGE LLP
    809 WEST 12TH STREET
    AUSTIN
    TX, TX  78701
    * DELIVERED VIA E-MAIL *

FILE COPY

RE: Case No. 25-0725                      DATE: 8/22/2025
COA #: 15-24-00105-CV                  TC#: 2023CI26760
STYLE: WILLIAMS v. MMP PROP. LLC

     Today the Supreme Court of Texas received and filed a motion for extension of time to file petition for review pursuant to Rule 53.7(f) in the above numbered and styled case.

> MR. ZEV KUSIN
> MARRS ELLIS & HODGE LLP
> 809 W. 12TH STREET
> AUSTIN, TX 78701-1703
> * DELIVERED VIA E-MAIL *

FILE COPY

RE: Case No. 25-0725          DATE: 8/22/2025
COA #: 15-24-00105-CV          TC#: 2023CI26760
STYLE: WILLIAMS v. MMP PROP. LLC

Today the Supreme Court of Texas received and filed a motion for extension of time to file petition for review pursuant to Rule 53.7(f) in the above numbered and styled case.

DISTRICT CLERK  BEXAR COUNTY
BEXAR COUNTY COURTHOUSE
PAUL ELIZONDO TOWER
101 W. NUEVA, SUITE 217
SAN ANTONIO, TX  78205-3411
* DELIVERED VIA E-MAIL *

FILE COPY

RE: Case No. 25-0725                     DATE: 8/22/2025
COA #: 15-24-00105-CV                     TC#: 2023CI26760
STYLE: WILLIAMS v. MMP PROP. LLC

Today the Supreme Court of Texas received and filed a motion for extension of time to file petition for review pursuant to Rule 53.7(f) in the above numbered and styled case.

CHRISTOPHER  PRINE
FIFTEENTH COURT OF APPEALS
P.O, BOX 12852
AUSTIN, TX  78711
* DELIVERED VIA E-MAIL *

FILE COPY

RE: Case No. 25-0725              DATE: 8/22/2025
COA #: 15-24-00105-CV         TC#: 2023CI26760
STYLE: WILLIAMS v. MMP PROP. LLC

     Today the Supreme Court of Texas received and filed a motion for extension of time to file petition for review pursuant to Rule 53.7(f) in the above numbered and styled case.

MR. LUKE J. ELLIS
MARRS ELLIS & HODGE LLP
809 W. 12TH STREET
AUSTIN, TX 78701
* DELIVERED VIA E-MAIL *